# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MOTA-RIVERA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN V. ALMAGER,<br><br>　　　　　Respondent. | 1:07-cv-01161 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 17)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 9)<br><br>ORDER DISMISSING GROUNDS TWO AND THREE IN THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO REMAND THE CASE BACK TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 11, 2009, the Magistrate Judge assigned to the case issued Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because two of Petitioner's three claims were unexhausted. (Doc. 17). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On March 12, 2009, Petitioner filed objections in which he requests dismissal of his unexhausted claims, Grounds Two and Three in the instant petition, in order to proceed on the remaining exhausted Ground One. (Doc. 18).

1

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued February 11, 2009 (Doc. 17), are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 9), is GRANTED as to Grounds Two and Three of the instant petition;
3. Grounds Two and Three are DISMISSED as unexhausted;
4. The Clerk of Court is DIRECTED to remand the case back to the Magistrate Judge for further proceedings regarding Ground One of the petition.

IT IS SO ORDERED.

**Dated: March 16, 2009**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE