1
2
3
4
5
6
7
8

9              **UNITED STATES DISTRICT COURT**

10                  EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| JOSE LUIS MOTA-RIVERA, | ) | 1:07-cv-01161-LJO-JLT HC |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 30) |
| | ) | |
| v. | ) | ORDER DENYING WITH PREJUDICE THE |
| | ) | PETITION FOR WRIT OF HABEAS CORPUS |
| | ) | (Doc. 1) |
| JOHN V. HAVILAND, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT AND CLOSE THE |
| Respondent. | ) | FILE |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| | | CERTIFICATE OF APPEALABILITY |

20        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21   pursuant to 28 U.S.C. § 2254.

22        On September 10, 2010, the Magistrate Judge assigned to the case filed a Findings and

23   Recommendation recommending the petition for writ of habeas corpus be DENIED on the

24   merits.  (Doc. 30).  This Findings and Recommendation was served on all parties and contained

25   notice that any objections were to be filed within twenty days from the date of service of that

26   order.  By subsequent minute order, the Court ordered that objections be filed by September 29,

27   2010.  (Doc. 31).   On September 22, 2010, Petitioner filed objections to the Magistrate Judge's

28   Findings and Recommendations.  (Doc. 32).

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

2  a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

3  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

4  supported by the record and proper analysis.

5    Moreover, the Court declines to issue a certificate of appealability.  A state prisoner

6  seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of

7  his petition, and an appeal is only allowed in certain circumstances.  <u>Miller-El v. Cockrell</u>, 537

8  U.S. 322, 335-336 (2003).   The controlling statute in determining whether to issue a certificate

9  of appealability is 28 U.S.C. § 2253, which provides as follows:

10      (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district
        judge, the final order shall be subject to review, on appeal, by the court of appeals for the
11      circuit in which the proceeding is held.
        (b) There shall be no right of appeal from a final order in a proceeding to test the validity
12      of a warrant to remove to another district or place for commitment or trial a person
        charged with a criminal offense against the United States, or to test the validity of such
13      person's detention pending removal proceedings.
        (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may
14      not be taken to the court of appeals from--
            (A) the final order in a habeas corpus proceeding in which the detention
15          complained of arises out of process issued by a State court;  or
            (B) the final order in a proceeding under section 2255.
16      (2) A certificate of appealability may issue under paragraph (1) only if the applicant has
        made a substantial showing of the denial of a constitutional right.
17      (3) The certificate of appealability under paragraph (1) shall indicate which specific issue
        or issues satisfy the showing required by paragraph (2).
18

19      If a court denied a petitioner's petition, the court may only issue a certificate of

20  appealability when a petitioner makes a substantial showing of the denial of a constitutional

21  right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that

22  "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have

23  been resolved in a different manner or that the issues presented were 'adequate to deserve

24  encouragement to proceed further'."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (*quoting*

25  <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

26      In the present case, the Court finds that Petitioner has not made the required substantial

27  showing of the denial of a constitutional right to justify the issuance of a certificate of

28  appealability.   Reasonable jurists would not find the Court's determination that Petitioner is not

entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Thus, the Court DECLINES to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed September 10, 2010 (Doc. 30), is ADOPTED IN FULL;

2.    This petition for writ of habeas corpus (Doc. 1),  is DENIED with prejudice;

3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file; and,

4.    The Court DECLINES to issue a certificate of appealability.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:**   **September 24, 2010**                      **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE